# Court of Appeals
# of the State of Georgia

ATLANTA,  October 11, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0241. ALICE NICHOLS v. NICOLA CUMMINGS.

Nicola Cummings has moved to dismiss this appeal on the ground that Alice Nichols has failed to file a brief and enumeration of errors supporting her claims. Nichols's appeal was docketed in this Court on August 24, 2022, and, to date, Nichols has not filed a brief, thereby violating the requirements of Court of Appeals Rule 23 (a) ("Appellant's brief shall be filed within 20 days after the appeal is docketed."). Failure to file a brief, unless the time for filing has been "extended upon motion for good cause shown, may result in the dismissal of the appeal[.]" Id. Although Nichols filed a motion for extension of time to file her brief on September 29, 2022, that motion is not timely. See Court of Appeals Rule 16 (b) ("Failure to request an extension of time to file a brief before its due date may result in the dismissal of the appeal or non-consideration of the brief if untimely filed."). Therefore, due to Nichols's violation of Court of Appeals Rule 23 (a), Cummings's motion to dismiss this appeal is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/11/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*